# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

January 2, 2020

**VIA ECF**
Hon. Sara Netburn
United States District Court, Southern District of New York
40 Foley Square
New York, N.Y. 10007

　　　　　Re:　Reyes et al v. Tava Cafe LLC et al
　　　　　　　　U.S.D.C., S.D.N.Y., 18-cv-10210-SN

Dear Judge Netburn:

　　We represent Plaintiffs Yoel Julian Reyes, Jose Alberto Xelano Mena, and Alejandro Hurtado Delgado in the above-referenced matter. We write jointly with Defendants' attorney to request an extension of time to submit the settlement agreement, from January 3, 2020 to January 27, 2020. This is the first request for an extension of time. The reason for the request is that the parties have not yet finalized the settlement agreement for execution.

　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/*Joshua S. Androphy*
　　　　　　　　　　　　　　　　　　　　Joshua S. Androphy

*Certified as a minority-owned business in the State of New York*