```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YOEL JULIAN REYES, et al.,

                            Plaintiffs,            18-CV-10210 (GHW)(SN)

            -against-                              ORDER

TAVA CAFE LLC, et al.,

                            Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

The conference scheduled for Wednesday, March 4, 2020, is adjourned without a date in light of the parties' settlement. See ECF No. 47.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 4, 2020
         New York, New York