UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YOEL JULIAN REYES, et al.,

                             **Plaintiffs,**                      **18-CV-10210 (SN)**

       -against-                                      **ORDER**

TAVA CAFE LLC, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and submitted a proposed settlement on March 2, 2020, for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 47. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                  _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     March 9, 2020
              New York, New York